UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | CV 22-01767-FWS (MAAx) |
| Date | May 16, 2023 |
| Title | Brandon Thrasher v. Maserati North America, Inc. |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present   None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION**

The court is in receipt of Defendant Maserati North America, Inc.'s Notice of Taking Motion for Summary Judgment Off Calendar [22] which the court construes as a Notice of Settlement. The court hereby dismisses this action without prejudice and orders all proceedings in the case vacated and taken off calendar.

The court retains jurisdiction for thirty (30) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.   This order shall not prejudice any party in this action.

Any outstanding Orders to Show Cause are discharged.

Initials of Deputy Clerk   mku

cc: